**Order entered November 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01273-CR

### ANTONIO (TONY) RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 331st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-84-075577**

## ORDER

On October 30, 2018, the Court received notification of substitution of counsel. We **DIRECT** the Clerk to **REMOVE** Don Morehart and **LIST** Shannon Hooks as counsel for appellant. All future correspondence should be sent to Shannon Hooks, 6910 Hart Lane #510, Austin, Texas 78731.

The record has been filed. Appellant's brief is due November 26, 2018.

/s/     CRAIG STODDART
        JUSTICE